**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES JOHNSON, | No. 2:15-CV-0627-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JEFFERSON CAPITAL SYSTEMS, LLC, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action alleging violations of the Fair Credit Reporting Act and related state law.  Pending before the court are plaintiff's complaint (Doc. 1) and plaintiff's motion for leave to proceed in forma pauperis (Doc. 2).

Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.  Plaintiff's motion for leave to proceed in forma pauperis will, therefore, be granted.

/ / /

/ / /

/ / /

1     The court is required to screen complaints brought by prisoners seeking relief
2  against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C.
3  § 1915A(a).  The court is also required to screen complaints brought by litigants who have been
4  granted leave to proceed in forma pauperis.  See 28 U.S.C. § 1915(e)(2).  Under these screening
5  provisions, the court must dismiss a complaint or portion thereof if it: (1) is frivolous or
6  malicious; (2) fails to state a claim upon which relief can be granted; or (3) seeks monetary relief
7  from a defendant who is immune from such relief.  See 28 U.S.C. §§ 1915(e)(2)(A), (B) and
8  1915A(b)(1), (2).  Moreover, pursuant to Federal Rule of Civil Procedure 12(h)(3), this court
9  must dismiss an action if the court determined that it lacks subject matter jurisdiction.  Because
10 plaintiff, who is not a prisoner, has been granted leave to proceed in forma pauperis, the court
11 will screen the complaint pursuant to § 1915(e)(2).  Pursuant to Rule 12(h), the court will also
12 consider as a threshold matter whether it has subject-matter jurisdiction.

13     Upon review of the allegations outlined in the complaint, the court concludes that
14 it has subject matter jurisdiction and that the complaint is appropriate for service by the United
15 States Marshal without pre-payment of costs.  If plaintiff desires service of process by the United
16 States Marshal  without pre-payment of costs, plaintiff must comply with the requirements
17 outlined below.  Plaintiff is warned that failure to comply with this order, or otherwise effect
18 service pursuant to Federal Rule of Civil Procedure 4, may result in dismissal of the action for
19 lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.

20     Accordingly, IT IS HEREBY ORDERED that:

21     1.    Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is
22 granted;

23     2.    The Clerk of the Court shall issue a summons in a civil case, the
24 undersigned's new case documents, and an order setting this matter for an initial scheduling
25 conference;

26 / / /

1           3.      The Clerk of the Court shall send plaintiff the summons, one USM-285
2   forms, and a copy of the complaint;
3           4.      Within 15 days from the date of this order, plaintiff shall complete the
4   summons by indicating the addresses of the named defendants and shall submit to the United
5   States Marshal at the address indicated below the following documents:
6                   a.      The completed summons;
7                   b.      One completed USM-285 form for defendant;
8                   c.      Two copies of the complaint; and
9                   d.      One copy of the court's initial scheduling conference order issued
10                          herewith;
11          5.      Within 20 days of the date of this order, plaintiff shall file a notice
12  indicating that the documents described above have been submitted to the United States Marshal,
13  or a notice that plaintiff intends to serve the summons and complaint without assistance from the
14  United States Marshal;
15          6.      If plaintiff seeks the assistance of the United States Marshal, the United
16  States Marshal is directed to serve all process without pre-payment of costs not later than 60 days
17  from the date of this order, such service of process to be completed by serving a copy of the
18  summons, complaint, and initial scheduling conference order on the defendants at the addresses
19  provided by plaintiff; and
20          7.      The Clerk of the Court is directed to serve a copy of this order on the
21  United States Marshal at 501 "I" Street, Sacramento, CA, 95814.

DATED:  April 17, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE