1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  JAMES JOHNSON, | CASE NO. 2:15-CV-0627-JAM (CMK) |
| 10          Plaintiff, | **ORDER GRANTING COUNSEL FOR DEFENDANT JEFFERSON CAPITAL** |
| 11     vs. | **SYSTEMS, LLC TO APPEAR BY TELEPHONE AT THE AUGUST 19, 2015** |
| 12  JEFFERSON CAPITAL SYSTEMS, LLC, | **CASE MANAGEMENT CONFERENCE** |
| 13          Defendant. | Date:  August 19, 2015<br>Time:  10:00 a.m. |
| 14 | Courtroom:  304 |
| 15 | Case assigned to the Honorable Craig M. Kellison |

16

17        Based on the motion by Counsel for Defendant Jefferson Capital Systems, LLC's Los

18   Angeles based counsel, Susan L. Germaise, to allow her to appear by telephone at the Case

19   Management Conference scheduled on August 19, 2015 at 10:00 a.m., and good cause appearing

20   therefor,

21        IT IS HEREBY ORDERED that Susan L. Germaise, counsel for Defendant Jefferson

22   Capital Systems, LLC, may appear by telephone at the scheduled Case Management Conference

23   on August 19, 2015 at 10:00 a.m.  Telephonic arrangements will be made through Courtcall.

24        Dated:  August 17, 2015

25

26                                                                   CRAIG M. KELLISON
                                                                     UNITED STATES MAGISTRATE JUDGE

27

28