IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON, | No. 2:15-CV-0627-JAM-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| JEFFERSON CAPITAL SYSTEMS, LLC, | |
|     Defendant. | |

      Plaintiff, who is proceeding pro se, brings this civil action alleging violations of the Fair Credit Reporting Act and related state law.  An initial status/scheduling conference was held in this matter on August 19, 2015, at 10:00 a.m. before the undersigned.  Plaintiff James Johnson appeared pro se.  Susan Germaise, Esq., appeared for defendant.

      Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

/ / /

/ / /

1

1. Plaintiff has requested initial disclosures outlined in Federal Rule of Civil Procedure 26(a)(1) and (f), and the request will be granted with initial disclosures due by both parties by the date for filing of an answer to the complaint;[1]

2. The parties shall exchange lists of expert witnesses no later than November 3, 2015 Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e). Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

3. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by March 28, 2016;

4. All other pre-trial motions, including dispositive motions, shall be noticed to be heard by May 30, 2016;

5. The pre-trial conference is set for **September 16, 2016, at 10:00 a.m.**[2] in Sacramento, California, before the Honorable John A. Mendez. Separate pre-trial statements shall be filed pursuant to Local Rule 281. At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

/ / /

/ / /

/ / /

/ / /

---

[1] Defendant's responsive pleading is due by September 28, 2015. Defendant's counsel stated at the hearing that defendant anticipates filing a motion to dismiss.

[2] Due to a clerical error, this date and time differs from the date and time announced at the hearing.

6. Jury trial of this matter is set for **November 7, 2016, at 9:00 a.m.**[3] in Sacramento, California, before the Honorable John A. Mendez. The parties shall file trial briefs pursuant to Local Rule 285.

IT IS SO ORDERED.

DATED: August 24, 2015

```
                                    _____
                                    CRAIG M. KELLISON
                                    UNITED STATES MAGISTRATE JUDGE
```

---

[3] Due to a clerical error, this date and time differs from the date and time announced at the hearing.