MCGUIREWOODS LLP
SUSAN L. GERMAISE SBN #176595
1800 Century Park East. 8th Floor
Los Angeles, CA  90067-1501
Telephone: 310.315.8200
Facsimile:  310.315.8210
sgermaise@mcguirewoods.com

Attorneys for Defendant
JEFFERSON CAPITAL SYSTEMS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON,<br><br>             Plaintiff,<br><br>      vs.<br><br>JEFFERSON CAPITAL SYSTEM, LLC,<br><br>             Defendant. | CASE NO. 2:15-CV-0627-JAM (CMK)<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Having read and considered the Stipulation for Dismissal of Plaintiff James Johnson, appearing in pro se and Defendant Jefferson Capital Systems, LLC, by and through its attorneys of record,

IT IS ORDERED that Plaintiff's Complaint be dismissed with prejudice and that the parties shall bear their own attorneys' fees and costs.

DATED: September 10, 2015          /s/ John A. Mendez
                                    Honorable John A. Mendez
                                    United States District Court Judge

ORDER